

**CFM CORPORATION, Plaintiff–Appellant,**

**and**

**The Vermont Castings Majestic Products Company, Third Party Defendant–Appellant,**

**v.**

**DIMPLEX NORTH AMERICA LTD., Defendant/Third Party Plaintiff–Appellee.**

No. 05–1563.

United States Court of Appeals, Federal Circuit.

May 3, 2006.

**PAYMASTER TECHNOLOGIES, INC., Plaintiff–Cross Appellant,**

**v.**

**UNITED STATES, Defendant–Appellant.**

Nos. 05–5025, 05–5029.

United States Court of Appeals, Federal Circuit.

May 4, 2006.

As Corrected on Partial Grant of Rehearing Aug. 7, 2006.

Before MICHEL, Chief Judge, NEWMAN and MAYER, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.